Hamilton H. SWART, III, Petitioner— Appellant,

v.

Gene M. JOHNSON, Director, Respondent—Appellee.

No. 06–7961.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 24, 2007.

Decided: Nov. 13, 2007.

Hamilton H. Swart, III, Appellant Pro Se.

Before KING, SHEDD, and DUNCAN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hamilton H. Swart, III, seeks to appeal the district court's order advising him that he had the right to file affidavits or other material contesting the application of the statute of limitations in his 28 U.S.C. § 2254 (2000) proceeding. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Swart seeks to appeal is neither

208

a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*